No. 28. MEAD-MORRISON MFG. CO. *v.* MARCHANT, TRUSTEE IN BANKRUPTCY. Argued December 4, 5, 1930. Decided December 8, 1930. *Per Curiam:* The appeal herein is dismissed for the want of a properly presented federal question. *John* v. *Paullin*, 231 U. S. 583, 585; *Central Union Telephone Co.* v. *City of Edwardsville*, 269 U. S. 190, 195; *Beaty* v. *Richardson*, 276 U. S. 599. *Mr. Edward F. McClennen*, with whom *Mr. Arthur P.*

*French* was on the brief, for appellant. *Mr. Kenneth M. Spence* for appellee.